UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EMMETT D. HICKS,

    Plaintiff,

v.

LT. ELLIOT GOFF, et al.,

    Defendants.

Case No. 2:19-cv-556
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 21, 2019. (ECF No. 3.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Several weeks after the time had passed for the plaintiff to file an objection, he filed a motion for an extension of time, (ECF No. 4), but in it he does not say the reason for the extension, how long he wants, or what good cause might be to grant an extension. And, the plaintiff also filed an appeal with the Sixth Circuit, who denied it. (ECF No. 8.) Therefore, the Court **DENIES** the motion for extension of time (ECF No. 4) and **ADOPTS** the Report and Recommendation (ECF No. 3). For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted.

    **IT IS SO ORDERED.**

11-1-2019
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE